# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REAPPOINTMENT TO THE : No 694

:

PENNSYLVANIA BOARD OF LAW : SUPREME COURT RULES

:

EXAMINERS AND REDESIGNATION AS :

:

CHAIR :


## ORDER


**PER CURIAM**

    **AND NOW**, this 21st day of April, 2016, C. Robert Keenan, III, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Board of Law Examiners for a term of three years and redesignated as Chair, commencing June 9, 2016.